**United States Bankruptcy Court**
**WESTERN DISTRICT OF TENNESSEE**
**CHAPTER 13**

In Re: BRODERICK CAPRICE HILL                                                                    Chapter 13

Debtor(s)

DEBTOR(S):  (H) Broderick Caprice Hill                                              S.S.# xxx-xx-2284

(W)                                                                                                    S.S.# xxx-xx-xxxx

ADDRESS:  3859 Hickory Farms Dr. # 2

Memphis, TN 38115

PLAN PAYMENT: Debtor(s) to pay    **$220.00**                            **Bi-Weekly**

PAYROLL DEDUCTION(X)  OR DIRECT( )           BECAUSE:

EMPLOYER:  American Family Dentistry of Memphis, PC

401 Edgewater Place, Ste 430

Wakefield, MA 01880

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PAYMENT

AUTO INSURANCE:  ( X ) Not included in Plan (   ) Included in Plan
CHILD SUPPORT: Future support through Plan to :                                .

Child support arrearage amount

CLASS 1-LEASE-Hickory Farms Apts-ASSUME                                                   -CURRENT

HOME MORTGAGE:  If no arrearage, ongoing payments are to be made directly by the debtor(s).

Ongoing pmt. begins :                           2015    $

Approx. arrearage                        Interest         %         $

SECURED CREDITORS: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))

| | VALUE OF COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PAYMENT |
|---|---|---|---|
| GM Financial | $ 15,000.00 | 5.0 % | $360.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General Unsecured creditors will receive TBD%
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:     $ 15,993.18
TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.